**Electronically Filed
Supreme Court
SCPW-26-0000424
17-JUN-2026
07:48 AM
Dkt. 18 ODDP**

SCPW-26-0000424

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RALPH S. CUSHNIE; TARA MALIA GREGORY; and DOUGLAS W. PASNIK,
Petitioners,

vs.

SCOTT T. NAGO, in official capacity as Chief Election Officer,
State of Hawaiʻi; and HAWAIʻI ELECTIONS COMMISSION, Respondents.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Cahill, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus,
filed June 9, 2026, and the record, the petition seeks
"prospective enforcement" to compel Respondents to act in a
certain manner as to elections that have not yet occurred.  We
decline to grant such relief because we do not know how the
Chief Election Officer will act when certifying the election
results for the upcoming election.  See Tax Found. of Hawaiʻi v.
State, 144 Hawaiʻi 175, 190, 439 P.3d 127, 142 (2019).

Also, it is the duty of the Hawaiʻi Elections Commission to advise the Chief Election Officer on matters relating to elections.[1]  Hawaiʻi Revised Statutes § 11-7.5(7) (Supp. 2015).

An extraordinary writ is unwarranted.  See <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, June 17, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Peter T. Cahill



---

[1]     Petitioner Ralph S. Cushnie is a Commissioner on the Hawaiʻi Elections Commission.